PROB 12B
ED/AR (8/2002)

**United States District Court**

for the

**Eastern District of Arkansas**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry Bagley                    Case Number: 4:10CR00072-001 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
United States District Judge

Offense:              Mail Fraud (2 counts)

Date of Sentence:     September 8, 2010

Sentence:             3 years Probation on both counts to run concurrently, DNA, drug testing,
                      substance abuse treatment, 9 month home detention with electronic
                      monitoring to be paid by defendant, alcohol abstinence, financial disclosure,
                      no new lines of credit, $83,887.02 restitution to be paid in the amount of $700
                      per month, and $200 special penalty assessment

Type of Supervision:  Probation                 Date Supervision Commenced: September 8, 2010
                                                Expiration Date: September 7, 2013

Asst. U.S. Attorney: George Vena                Defense Attorney: Kim Driggers

U.S. Probation Officer: Jay Baker Hudson
Phone No.: 870-972-6176 or 935-1510

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Defendant must make restitution payments in the amount of $350 each month until
restitution is paid in full.**

### CAUSE

Mr. Bagley recently reported that he had not paid personal taxes in five years. He addressed the issue
with the Internal Revenue Service and has agreed to pay $350 per month toward the back taxes. In
reviewing Mr. Bagley's restitution payments, he has not failed to submit a payment since his supervision
began in 2010. This reduction would allow him to address his restitution and the delinquent taxes,
without causing him to default on either obligation.

Prob 12B                                    -2-                          Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                        with Consent of the Offender

Name of Offender:  Larry Bagley                          Case Number:  4:10CR00072-001 SWW

Assistant U.S. Attorney George Vena and Federal Public Defender  Kim Driggers, have both agreed to
the requested modification.  Mr. Bagley has signed the attached Prob 49 waiving his right to a hearing
and agreeing to the proposed modification.


Jay Baker Hudson                                         George Vena
U.S. Probation Officer                                   Assistant U.S. Attorney

Date: November 30, 2011                                  Date:    12/6/11

This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[H]     The Modification of Conditions as Noted Above
[ ]     Other

                                                         Signature of Judicial Officer

                                                         12 - 15 - 11

                                                         Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:


Supervising U.S. Probation Officer

JBH/le

Prob 12B                                   -3-                        Request for Modifying the
                                                                 Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender:  Larry Bagley                          Case Number:  4:10CR00072-001 SWW


c:  Assistant Federal Public Defender, To be obtained, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, George Vena, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Defendant must make restitution payments in the amount of $350 each month until restitution is paid in full.**

Witness: _____          Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____11-30-11_____
DATE